UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————x
                                   :

IN RE APPLICATION OF RUI HAO FOR    :
AN ORDER TO TAKE DISCOVERY FOR   :     **ORDER**
USE IN A FOREIGN PROCEEDING        :
PURSUANT TO 28 U.S.C. § 1782          :

                                     :      26-MC-2795 (NCM) (CHK)
———————————————————————x

**CLAY H. KAMINSKY, United States Magistrate Judge:**

Petitioner Rui Hao petitions this Court for an order, pursuant to 28 U.S.C. § 1782, authorizing it to take the testimony of Ho Wan Kwok a/k/a Miles Guo ("Kwok"), Reg. No. 49134-510, who is currently held at the Metropolitan Detention Center ("MDC Brooklyn"). That motion is granted. The Court finds that (1) Kwok resides or is found in this District, (2) the discovery is for use in a foreign proceeding before a foreign tribunal, and (3) the application for discovery is made by an interested person. *See Brandi-Dohrn v. IKB Deutsche Industriebank AG*, 673 F.3d 76, 80 (2d Cir. 2012). Having also balanced the factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264–65 (2004), the Court grants Hao's petition.

Accordingly, Petitioner is granted leave to take the testimony of Kwok via videoconference on July 22 and 23, 2026 for trial in the British Virgin Islands.

MDC Brooklyn and the Federal Bureau of Prisons are directed to produce Ho Wan Kwok, Reg. No. 49134-510, for his testimony by videoconference on July 22 and 23, 2026, and to coordinate his appearance with Petitioner's counsel.

SO ORDERED.

/s/ Clay H. Kaminsky
———————————————
CLAY H. KAMINSKY
United States Magistrate Judge

Dated:     July 9, 2026
            Brooklyn, New York